# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM LAMONT HARRIS, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | No. 3:16-cv-00083<br>Judge Trauger |

## ORDER

Pending before the court are the Petitioner's *pro se* Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence (Docket No. 1) and supporting brief (Docket No. 16); an Amended Motion To Vacate, Set Aside, Or Correct Sentence (Docket No. 20), filed by counsel for the Petitioner; and the Government's Responses (Docket No. 15, 19). For the reasons set forth in the accompanying Memorandum, the Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence (Docket No. 1) and the Amended Motion To Vacate, Set Aside, Or Correct Sentence (Docket No. 20) are DENIED, and this action is DISMISSED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

If the Petitioner gives timely notice of an appeal from the court's Memorandum and Order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right. *Castro v. United States,* 310 F.3d 900 (6th Cir. 2002).

It is so **ORDERED.**

Enter this 13th day of June 2017.

_____
ALETA A. TRAUGER
U.S. District Judge